# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:19-CR-079-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| JAVIER GUILLEN ISLAS, ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Unopposed Motion To Seal Motion To Continue Defendant's Sentencing Hearing" (Document No. 34) filed September 4, 2019. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as Defendant's Motion to Continue Sentencing contains sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Unopposed Motion To Seal Motion To Continue Defendant's Sentencing Hearing" (Document No. 34) is **GRANTED**, and Defendant's Motion to Continue Sentencing Hearing (Document No. 33) is sealed until further Order of this Court.

Signed: September 4, 2019

David C. Keesler
United States Magistrate Judge