IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00079-RJC-DCK

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAVIER GUILLEN ISLAS (1) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se for a reduction of sentence based on Amendment 821 to the United States Sentencing Guidelines relating to certain zero-point offenders. (Doc. No. 56).

Part B, Subpart 1 of the Amendment is retroactive and created a two-level decrease if a defendant meets all the criteria in USSG §4C1.1(a). USSG §1B1.10(d), comment. (n.7). Here, the defendant admitted that he possessed a firearm in connection with his drug trafficking offense. (Doc. No. 31: Presentence Report ¶16). Accordingly, he is not eligible for relief. USSG § 4C1.1(a)(7).

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED**.

Signed: April 9, 2024

Robert J. Conrad, Jr.
United States District Judge